## No. 1053.

THE STATE EX REL. T. W. NELSON VS. POLICE JURY OF ST. MARTIN.

An appeal from an unsigned judgment will be dismissed.

APPEAL from the District Court for St. Martin.    TRAIN, J.

*Breaux, Fenner & Hall* for Appellant.    *Mouton & Martin* for Appellee.

WHITE, J., delivered the opinion dismissing the appeal.

## No. 1056.

ELEODILE LAMBERT VS. NATHANIEL BIRD.

Where the rule and practice of the court is to consider a case fixed upon answer filed and an answer was filed in the clerk's office during a recess of the court, and on the following day the defendant's counsel, when the case was reached, had the plaintiff called and non-suited during the temporary absence of her counsel from the court-room; *held,* that the judgment of non-suit was properly set aside and the case reinstated, and the judgment of the lower court on the trial, being sustained by the law and the facts, is affirmed.

APPEAL from the District Court for St. Landry.    HUDSPETH, J.

*J. E. King* for Plaintiff.    *Kavanagh* and *J. N. Ogden* for Defendant.

MANNING, C. J., delivered the opinion.